IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:14-CV-199-BO

| | |
|---|---|
| TAMMY W. KEITH<br>      Plaintiff,<br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br>      Defendant. | CONSENT ORDER FOR PAYMENT<br>OF FEES AND COSTS PURSUANT TO<br>THE EQUAL ACCESS TO JUSTIC ACT |

This matter being submitted to the Court for entry of a Consent Order agreed to by the parties, and it appearing that Plaintiff, by and through her attorney, has executed this Consent Order, and Defendant has executed this Consent Order, by and through the undersigned Special Assistant United States Attorney; and it appearing that the parties have agreed to an award to the Plaintiff of $3,695 for attorney fees in full and final settlement of all claims arising from the above captioned case pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d); and it appearing further that the Plaintiff has assigned her right to payment of such fees and costs to his attorney:

It is therefore ORDERED, this 26 day of May, 2016, that the Plaintiff shall be, and hereby is, awarded the sum of $3,695.00 for attorney fees in full satisfaction of any and all claims against the Defendant arising under the EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sum, the Defendant shall be discharged from any further liability for fees, costs or expenses up until this point in time; and it is further

ORDERED, that payment of such amounts shall be made directly to the Plaintiff's attorney. Provided that the award to Plaintiff is not subject to the Treasury Offset Program,

payment will be made by check payable to Plaintiff's counsel, Derrick Kyle Arrowood and mailed to the office address above in accordance with Plaintiff's assignment to counsel of his right to payment of attorney fees under EAJA. If the award is subject to Offset, the remaining fees, if any, will be payable to Plaintiff and sent to Plaintiff's counsel.

*Terrence W. Boyle*
TERRENCE W. BOYLE
United States District Judge

CONSENTED TO:

/s/ Derrick Kyle Arrowood
Derrick K. Arrowood
Attorney for Plaintiff
Charles T. Hall Law Firm, P.C.
P.O. Box 10629
Raleigh, NC 27605
919-791-1883
derrick@charleshallfirm.com

/s/Cassia W. Parson
CASSIA W. PARSON
Special Assistant United States Attorney
Room 617, Altmeyer Building
6401 Security Boulevard
Baltimore, Maryland 21235
Telephone: (410) 966-0446
Attorney for Defendant
Maryland Bar

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of May, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel for the defendant in the above entitled action.

This the 24th day of May, 2016.

Derrick K. Arrowood
Attorney for Plaintiff
Charles T. Hall Law Firm, P.C.
P.O. Box 10629
Raleigh, NC 27605